TO: Pam Estes, Clerk
    Twelfth Court of Appeals
    1517 West Front Street, Suite 354
    Tyler, TX. 75702

FROM: Brian Alan Hays #1467211          DATE: October 21,2015
      ALLRED UNIT
      2101 FM 369 N.
      Iowa Park,TX. 76367

RE: Case Number:          12-11-00313-CR
    Trial Court Case Number: 5168

Style: Brian Alan Hays
       v.
       The State of Texas



FILED IN COURT OF APPEALS
12th Court of Appeals District

NOV 24 2015

TYLER TEXAS
PAM ESTES, CLERK

Dear Ms. Estes,

1. I need to purchase a copy of the following pages from the trial transcript in the above mentioned case number. Please find payment enclosed along with a SASE to cover the cost of return postage.
2. I also need a copy of the "TABLE OF CONTENTS" for the Clerk's Record.(=2pages)

Page 13 of Vol.3          Page 226 of Vol.3

Page 34 of Vol.3          Page 263 of Vol.3
Page 35 of Vol.3          Page 264 of Vol.3
Page 36 of Vol.3          Page 265 of Vol.3
Page 37 of Vol.3          Page 266 of Vol.3
Page 38 of Vol.3          Page 267 of Vol.3
Page 39 of Vol.3          Page 268 of Vol.3
Page 40 of Vol.3          Page 269 of Vol.3
                          Page 270 of Vol.3
Page 211 of Vol.3
Page 212 of Vol.3
Page 213 of Vol.3
Page 214 of Vol.3
Page 215 of Vol.3
Page 216 of Vol.3
Page 217 of Vol.3
Page 218 of Vol.3
Page 219 of Vol.3
Page 220 of Vol.3
Page 221 of Vol.3

Total pages from the trial transcript = 28p. @ 50¢ per. = $14.00
Table of contents for clerk's record  = 2p. @ 50¢ per. = $ 1.00

                                        Total cost = $15.00

Thank you for your time in this matter.

Sincerely,

BRIAN ALAN HAYS #1467211
Allred Unit
2101 FM 369 N.
Iowa Park, TX.76367

cc; FILE